UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YVONNE JOHNSON and DEBRA KNUDSON, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:17 CV 01394 RWS ) |
| 5 CHOICES, LLC; et al., | ) ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Voluntary Dismissal Without Prejudice #[48] is **GRANTED**.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all remaining pending motions are **DENIED** without prejudice as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of August, 2017.